CARL D. RITZWOLLER, Appellant, *v.* GUSTAV LURIE `et al., Respondents.

*Ritzwoller* v. *Lurie,* 180 App. Div. 934, appeal dismissed.

(Submitted April 25, 1918; decided May 14, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 30, 1917, which reversed an order of Special Term overruling demurrers to the complaint, sustained such demurrers and directed a dismissal of said complaint. The action was brought to cancel a subscription for corporate stock alleged to have been induced by the fraudulent representations of defendants. The respondents contended that the appeal was unauthorized under section 190 of the Code of Civil Procedure.

*Charles A. Winter* for appellant.

*Louis Maxwell Cohen* and *Frederick W. Jockel* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and McLAUGHLIN, JJ.